# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THOMAS STEVENSON,  :  No. 52 EAL 2022
:
Respondent  :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.  :
:
:
THE JOSEPH VENTRESCA GROUP  :
BUILDERS & RENOVATORS LLC, AND  :
JVBG LLC,  :
:
Petitioners  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.